1

2

3

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  MARION FRANKLIN MILLER,      )      No. SACV 11-758-VAP(CW)
                                 )
13                Petitioner,    )      JUDGMENT
                                 )
14          v.                   )
                                 )
15  JAMES D. HARTLEY (Warden),   )
                     Respondent. )
16  _____)

17

18        **IT IS ADJUDGED** that the petition for writ of habeas corpus is

19  denied as moot and the action dismissed with prejudice.

20

21  DATED:   _November 20, 2014_

22                                 _____
                                        VIRGINIA A. PHILLIPS
23                                   United States District Judge

24

25

26

27

28